MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8118

April 11, 2022

**Via ECF**
Hon. Kenneth K. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Williams-Barr v. State of New York*, No. 18 Civ. 9131 (KMK)

Dear Judge Karas:

This Office represents defendant New York State Department of Corrections and Community Supervision ("Defendant"), in the above-captioned case. We write, with Plaintiff's counsel consent, to respectfully request that the Defendant's time to submit its Motion for Summary Judgment, currently due April 15, 2022, be adjourned to April 29, 2022. This is the first such request. As such, we likewise request that Plaintiff's time to submit her response to the Motion be extended from May 15, 2022 to May 31, 2022, and Defendant's time to submit its reply extended from May 31, 2022 to June 14, 2022. The grounds for this request are that additional time is needed to obtain all the necessary declarations in support of the motion for summary judgment and to complete the motion papers.

We thank Your Honor for your attention to this matter.

Granted, but there will be no further extensions.

So Ordered.

/s/ 4/11/22

Respectfully submitted,
/s/
Julinda Dawkins
Assistant Attorney General
Julinda.Dawkins@ag.ny.gov

cc:   Mr. Van-Lare, Attorney for Plaintiff
      (*via* ECF)

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● Fax: (212) 416-6075 (Not For Service of Papers)
http://www.ag.ny.gov